UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Patsy B. Rogers,<br><br>                  Plaintiff,<br><br>v.<br><br>Security Finance Corporation of South Carolina,<br><br>                  Defendant. | C/A No.: 6:13-cv-02576-GRA<br><br>**ORDER**<br>(Written Opinion) |

This matter is before the Court on the Joint Motion for Consent Order Staying Litigation and Compelling Arbitration submitted by Plaintiff Patsy B. Rogers ("Plaintiff") and Defendant Security Finance Corporation of South Carolina ("Defendant").

On September 27, 2013, Defendant filed a Motion to Stay Litigation and Compel Arbitration, or Alternatively, to Dismiss. ECF No. 7. The parties have conferred and now consent to the terms of this Consent Order. The parties desire to avoid further litigation and have agreed to submit this dispute to final and binding arbitration in accordance with the written agreement between the parties.

Based on the consent of the parties, IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

1. Defendant's Motion to Stay Litigation and Compel Arbitration or, Alternatively, to Dismiss, ECF No. 7, is hereby withdrawn.

2. All proceedings in this litigation are hereby stayed pending the resolution of this matter through final and binding arbitration in accordance with 9 U.S.C. § 3.

3. Defendant and Plaintiff are hereby ordered to submit the claims in this action to final and binding arbitration in accordance with the agreement between the parties.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

October  18 , 2013
Anderson, South Carolina